115 F.3d 1127w
 Fed. Sec. L. Rep. P 99,480
Kenneth E. NEWTON; MLPF & S Cust. Bruce Zakheim IRA FBO Bruce Zakheim
v.
MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC.; PaineWebber
Inc.; Dean Witter Reynolds.
Jeffrey Phillip KRAVITZ
v.
DEAN WITTER REYNOLDS, INC.
MLPF & S Cust. FPO--Bruce Zakheim IRA FBO Bruce Zakheim,
Jeffrey Phillip Kravitz, and Gloria Binder, Appellants.
 No. 96-5045.
 United States Court of Appeals,
Third Circuit.
 Argued Oct. 24, 1996.
Decided June 19, 1997.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION